AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 18-mj-19-02-AJ |
| Jeffrey Martin | ) |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jeffrey Martin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1349 - Conspiracy to Commit Mail Fraud

Date: 2/8/2018

*Issuing officer's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/8/18, and the person was arrested on *(date)* 2/12/18
at *(city and state)* Manchester, NH.

Date: 2/12/18

*Arresting officer's signature*

Brandon Wilson   DUSM
*Printed name and title*